UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN MARSHALL, an individual, ) ) ) Plaintiff, ) ) vs. ) ) ) MAYFLOWER EMERALD SQUARE, LLC, ) ) a Delaware Limited Liability Company, ) ) Defendant. ) _____/ | Case No. 1:12-cv-11603-FDS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice and each party shall bear its respective fees and costs.

Respectfully submitted,

KU & MUSSMAN, P.A.
*Attorneys for Plaintiff*
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
T:(305) 891-1322; F: (305) 891-4512

By:   */s/ Ashley D. Forest*
Attorney for Plaintiff
Ashley D. Forest, Esq.
Of Counsel
Law Office of Ashley D. Forest
10 Post Office Square, 8th Floor
Boston, MA. 02109
Tel: (617) 504 - 2364
Fax: (617) 692 - 2901
Email: forest@ashleyforestlaw.com
BBO# 668187

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5th, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Ronald M. Davids, Esq. at rdavids@davids-cohen.com.

                                              By:    */s/ Ashley D. Forest*
                                                              Ashley D. Forest, Esq.